[Nos. 73137-8-I; 73136-6-I; Division One. July 27, 2015.] 73139-4-I.

*In the Matter of the Dependency of* A.M.M. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. BRIAN MARES, *Appellant.*

 by unpublished per curiam opinion.

[No. 45042-9-II. Division Two. July 28, 2015.]

*In the Matter of the Marriage of* JAMES ERNEST DUNN, *Respondent,* and MELISSA JO DUNN, *Appellant.*

 by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 45582-0-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN ADAM YOUNG, *Appellant.*

 by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45709-1-II. Division Two. July 28, 2015.]

*In the Matter of the Personal Restraint of* GEORGE P. WOODARD, *Petitioner.*

 by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Lee, J.